**Grayr POGOSYAN, Petitioner**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent**

2017-1734

United States Court of Appeals, Federal Circuit.

August 16, 2017

THOMAS TIERNEY, Norwalk, CT, argued for petitioner.

ISAAC B. ROSENBERG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE; PETER D. GREGORY, Office of the Chief Counsel, Commercial & Administrative Law Division, United States Citizenship and Immigration Services, Washington, DC.

(Prost, Chief Judge, O'Malley and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**